UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

2011 JUN -3 PM 3:

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

RICHIE ODOL, and others
similarly situated,

    Plaintiff,

vs.

                                     Case No.: 3:10-cv-262-J-20MCR

ST. JOHNS SEAFOOD & STEAKS #8, INC.,
ST. JOHNS SEAFOOD & STEAKS, INC.,
ST. JOHNS SEAFOOD & STEAKS #4, INC.,
ST. JOHNS SEAFOOD & STEAKS #2, INC.,
and ROBERT RUKAB, Individually,

    Defendants.
_____/

## ORDER

    Before this Court is Plaintiff's Second Motion for Default Judgment and Assessment of Damages (Doc. 31, filed May 10, 2011). On March 25, 2010, Plaintiff filed the original Complaint (Doc. 1) in the above-styled case. On October 12, 2010, Plaintiff filed an Amended Complaint (Doc. 13), in which Robert Rukab was added as an individual Defendant. Defendants failed to file or serve a responsive pleading or other paper and default judgment was entered on January 13, 2011. (Doc. 20, filed January 13, 2011).

    However, upon Plaintiff's filing of his Motion to Amend Judgment (Doc. 21, filed January 27, 2011), it was discovered that Defendants had never been served with a with a complaint properly designating the plaintiff. Accordingly, this Court vacated the Judgment (Doc. 20) and ordered Plaintiff to file and serve a second amended complaint properly identifying the parties. (Doc. 23, entered February 16, 2011).

    On February 28, 2011, Plaintiff filed the Second Amended Complaint (Doc. 26). On April

25, 2011, the Clerk of the Court entered a default against Defendant Robert Rukab, individually; and on May 10, 2011, the Clerk entered a default against the remaining Defendants, St. Johns Seafood & Steaks #8, Inc.; St. Johns Seafood & Steaks, Inc.; St. Johns Seafood & Steaks #4, Inc.; and St. Johns Seafood & Steaks #2, Inc. (Docs. 29 and 30). To date, Defendants have failed to file or serve a responsive pleading or other paper in this action.

Therefore it is **ORDERED** and **ADJUDGED**:

1. Plaintiff's Second Motion for Default Judgment and Assessment of Damages (Doc. 31, filed May 10, 2011) is **GRANTED**;

2. Plaintiff is awarded compensatory damages in the amount of $5,245.50, and liquidated damages in the amount of $5,245.50;

3. Plaintiff is awarded the reasonable sum of $1,961.00 for attorney fees, an amount that includes a deduction for those fees determined to be unreasonable;

4. Plaintiff is awarded $610.34 for the costs associated with the above-styled action;

5. The Clerk of the Court is directed to enter Final Judgment against the Defendants: St. Johns Seafood & Steaks #8, Inc.; St. Johns Seafood & Steaks, Inc.; St. Johns Seafood & Steaks #4, Inc.; St. Johns Seafood & Steaks #2, Inc.; and Robert Rukab, joint and severally, for the total amount of $13,062.34;

6. The Marshal is directed to personally serve a copy of this Order on the Defendants; and

7. The Clerk is directed to terminate all pending motions and **CLOSE** this case.

**DONE AND ENTERED** at Jacksonville, Florida this 3rd day of June, 2011.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Philip Daniel Williams, Esq.
U.S. Marshal's Office